UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAROLYN HOSKINS, individually and as
Successor-in-Interest to the Estate of Lucille A.
Yarbrough, deceased,

      Plaintiff,

      v.

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT, COMPU-LINK
CORPORATION, and IRA T. NEVEL, HUD
Foreclosure Commissioner,

      Defendants.

Case No. 26-cv-742-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Carolyn Hoskins's motion for leave to proceed *in forma pauperis* (Doc. 8). A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1). Nevertheless, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious or fails to state a claim. 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

The Court is satisfied from Hoskins's affidavit that she is indigent. However, the Court cannot identify a specific claim in her complaint. However, amendment of the complaint would not be necessary or appropriate because, at the June 16, 2026, telephone status conference, the parties reported that they are in the midst of an assessment in contemplation of a sale to the heirs of the borrower to whom the reverse mortgage on the property was given, which is what Hoskins hoped to achieve in this lawsuit. At that telephone status conference, all parties agreed to dismissal of this case without prejudice and without costs.

Accordingly, the Court **DISMISSES** this case **without prejudice** and **without costs** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: June 16, 2026**

_____
**J. PHIL GILBERT**
**DISTRICT JUDGE**